Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Hand-Delivered

FILED
ASHEVILLE, N.C.
JUN 21 2021
U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
Asheville
~~Appeals~~ Division

| | |
|---|---|
| Frederick K. Jones, Esq. (retired) <br> Kathryn Reiter, Ed.D. <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> -v- <br><br> Donald J. Trump <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 1:21-cv-163 <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Frederick K. Jones, Esq. (retired) |
| Street Address | New Orleans VA Medical Center, 2400 Canal Street |
| City and County | New Orleans, Orleans County |
| State and Zip Code | Louisiana 70119 |
| Telephone Number | 504-507-7209 |
| E-mail Address | ferdkjones2@gmail.com |
| Name | Kathryn Reiter, Ed.D. |
| Street Address | 12 Locole Drive |
| City and County | Arden, Buncombe |
| State and Zip Code | North Carolina, 28704 |
| Telephone Number | 828-777-7345 |
| E-mail Address | reiterkathy@gmail.com |

**B.** **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Donald J. Trump
- Job or Title *(if known)*: Former President of the United States
- Street Address: Office of the Former President/Mar-a-Lago Club
- City and County: Palm Beach, Palm Beach County
- State and Zip Code: FL 33480
- Telephone Number: unknown
- E-mail Address *(if known)*: unknown

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

The Presidential Oath of Office, The Oath, as stated in Article II, Section I, Clause 8 of the U.S. Constitution. Further, the 14th Amendment, Section 3 provides that, "No Person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability."

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

Case 1:21-cv-00163-MR-WCM   Document 1   Filed 06/21/21   Page 3 of 7

Page 3 of 7

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Washigton, DC

**B.** What date and approximate time did the events giving rise to your claim(s) occur?

On January 20, 2017, Donald J. Trump (Trump) did swear an oath to uphold and defend the Constitution. On January 6, 2021, Trump participated in an insurrection at the Capital. The House of Representatives, in a bipartisan majority, did vote on January 13, 2021, and found Trump guilty of an impeachment for the said insurrection. Although the Senate did not convict him, on February 13, 2021, Trump was found guilty by a bipartisan majority.

**C.** What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. The Presidential Oath of Office, The Oath, as stated in Article II, Section I, Clause 8 of the U.S. Constitution, is as follows: "I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my ability, preserve, protect and defend the Constitution of the United States." On January 20, 2017, Donald J. Trump (Trump) did swear an oath to uphold and defend the Constitution.

2. The 14th Amendment, Section 3 provides that, "No Person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability." On January 6, 2021, Trump participated in an insurrection at the Capital.

While Section 3 does not prescribe a particular method or process for following the method to prove that one is in violation of Section 3, it provides a method for one who is guilty of insurrection or rebellion. And, it provides that one who has been so found can be relieved by a two-thirds vote in each House of Congress.

3. Mr. Trump was sent a cease and desist letter (copy attached) and a confirmation of delivery was receviced (copy attached).

Mr. Jones has standing in this manner as he has sworn an oath to uphold the constitution and defend it from all enemies foreign and domestic as a military officer. Dr. Reiter has standing in this issue as a resident of North Carolia with a deep interest in this issue.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

N/A; we request a Declaratory Judgment.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A request dated May 28, 2021, to Judge Albert Diaz, U.S. Court of Appeals for the Fourth Circuit, requesting the following action, we referred to District Court. Attached is a draft order for the Court's consideration.

We would like the Court to bring an action to declare Trump ineligible for further political, civil or military office, as well as any person who had previously taken an oath to the Constitution and had participated in the January 6th insurrection. It is also critical that that the Court action includes query into the background of all other participants in event that they had previously pledged their allegiance to the United States Constitution.

No monetary damanges are requested at this time, only that we but reimbursed for costs and expenses associated with this claim., as we request that all costs and fees be waiver.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/21/2021

Signature of Plaintiff: *Kathryn Reiter*

Printed Name of Plaintiff: Kathryn Reiter and F.K. Jones as his direction

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____