# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Kathryn Reiter and Frederick K. Jones**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:21-cv-00163-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Donald J. Trump**,** | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 19, 2021 Order.

July 19, 2021

_____
Frank G. Johns, Clerk
United States District Court